FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 SEP 11  A 10: 38
CLERK_____

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Shaquille Rashad Jenkins
#1000319687

_____

(Enter above full name of plaintiff or plaintiffs)

v.

Augusta State Medical Prison et al;
La'Quenah Jackson Counselor
A. Green Officer; Michael Paschal D/W
Screws Officer; Edward Philbin Warden; et al,

(Enter above full name of defendant or defendants)

Civil Action No. CV123-035

Amended Complaint (Emergency)!
Pursuant to Federal Rules
of Civil Procedure Rule 15(a)

Supplemental Complaint (Emergency)!
Pursuant to Federal Rules
Of Civil Procedure Rule 15(d)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____   No ____

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?    Yes ___ No ___

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: _____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Shaquille Rashad Jenkins
Address: 777 Underwood Drive
P.O. Box 668
Trion, GA 30753

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: La'Quenah Jackson
Position: Counselor
Place of employment: Augusta State Medical Prison
Current address: 3001 Gordon Hwy
Grovetown, GA 30813

C. Additional defendants: Officer A. Green; Officer Screws; Warden Edward Philbin; Deputy Warden of Security Michael Paschal;
(1) Each Defendant in their Individual Capacity and Official Capacity. (Amended Complaint) (Emergency!!!) (Supplemental Complaint) (Emergency)!!

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 7-12-2023 approx. 8:00am - 9:30am I observed Counselor LaQuenah Jackson enter A-control to speak with L.T. Walden concerning my detail/work as an Hallway orderly for A-Building. Counselor L. Jackson has been trying to get me fired from my detail eversince my Civil Action Suit was in the process of being filed, after several faded attempts L. Jackson has been sexual Harrassing me.

C. What date and approximate time did the events giving rise to your claim(s) occur?

This is an ongoing issue. I filed a PREA/Grievance on LaQuenah Jackson on 7/13/2023. On 7/12/2023 approx. 3:30pm - 5:30pm LaQuenah Jackson instructed me to go inside my Living Unit overiding the authority of Unit Manager Madie Kitchens who hired me to be an A-building Hall orderly. LaQuenah Jackson has made Sexual Comments, Threats, etc towards me. (See attachment 1 (Exibit one) (Disciplinary Report)

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was told to work on 7/12/2023 to do my duties as a Hallway orderly. LaQuenah Jackson was informed that I was an orderly informed by Unit Manager Madie Kitchens, officer Everette, L.T. Walden, etc, Prior to the incident on 7-12-2023. LaQuenah Jackson and michael Paschal has an Personal Relationship due to information and belief dating back when both defendants worked at Hancock State Prison. LaQuenah Jackson has also told me in the Past that her and Deputy Warden Paschal was very close Friends. My Life was threaten by LaQuenah Jackson recently, she has tried to fear (instill fear) to make me drop Civil Action, Mr. Paschal has threaten me in past. These are acts of retaliation on behalf of Defendants, Disciplinary Report included. Witness: Camera (A-Building, inmate Joesph Prince, Darrell Kitchens) & Inmates of A-Building.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



IV:   Statement of Claim (Amended Complaint)(Emergency!)

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 13th, 2023 approx. 9:00am - 12:00am I filed an grievance against Defendant L. Jackson for harrassment, & threats made against/on my Safety/Life/well-being. I turned grievance in to Counselor A. Singleton. Hours Later I was placed in handcuffs while coming/returning from eating Lunch, placed in Segregation, & transferred to another institution (Hays State Prison) a disciplinary Institution. Prior to being transferred, a Sanction (a Hit/Bounty) was placed on me by Defendant L. Jackson. L. Jackson had visited an inmate (John Doe) a Gang member (Blood) to have the (Blood Gang) assualt me & put my life in grave danger. This information was related by another Staff member (Jane Doe) to me & my family member (mother). The (John Doe & Jane Doe) identity is being withheld due to Safety for the witnesses who may attend trial if neccessary. I had dropped grievance due to fear of retaliation again (Threats on my Life). Since having knowledge of the Sanction put on my Health/Safety/Life I requested to be placed on Protected Custody recently while at Hays S.P.

5

## Statement of Claim (Continued)

due to Defendant La'Quenah Jackson placing a Sanction/Hit on my Health/Safety/Life-well being.

I was placed on (CSU status)(Suicide watch) due to me trying to hang my self due to emotional and mental stress. I stayed on CSU status for nine (9) days (8-22-2023 — 8-30-2023). I was placed on (mental) medication by Mental Health Doctors, Nurses, etc, which I am currently on. I am now currently on (Protected Custody) at Hays State Prison due to the Sanction placed on me by Defendant La'Quenah Jackson. My Mother has Screen Shots from a Staff Member (officer) at Augusta State Medical Prison revealing that the Defendant L. Jackson placed a Hit on me threw Gang Members.

I have yet to receive any Legal mail concerning this Civil Action Case # 1:23-cv-00035-JRH-BKE, nor have I signed for any Legal mail since the United States Magistrate Judge Brian K. Epps Last ORDER on 26th day of June, 2023, at Augusta, Georgia. I Do believe that my Legal mail is being withheld either at Augusta State Medical Prison, or Hays State Prison. Since I was transferred from A.S.M.P on July 25th, 2023 to Hays State Prison I still have not received any mail (Legal mail) from the Clerk of Court.

Statement of Claim. (Amended Complaint adding new Defendant(s))

Defendant Edmund Philbin at the time of the incident on December 23rd, 2021 was the Warden of Augusta State Medical Prison. He is/was legally responsible for the operation of Hays State Prison and for the welfare of all the inmates in that Prison. Defendant Philbin failed to correct his Subordinates misconduct by allowing Defendants Officer Screws and Officer Green to continue to work/patrol the Living Unit where the Plaintiff resided, before and after Plaintiff was physically assualted.

Defendant Michael Paschal is the Deputy Warden of Security of Augusta State Medical Prison. He is responsible for the welfare of all the inmates in that prison. Defendant Paschal threaten Plaintiff's Jenkins life more than once due to Plaintiff Jenkins filing Statements, and Grievances concerning being assualted physically by Defendant A. Green. Plaintiff Jenkins filed a Grievance against Defendant Paschal but was rejected/Denied, Defendant Paschal failed to to correct his Subordinates misconduct.

Legal Claims.

(1) Defendant Philbin negligence, failing to correct the misconduct of his Subordinates Violated Plaintiff's rights under the Eighth Amendment to the United States Constitution and causing Plaintiff Pain, Suffering, Physical injury and emotional distress.

(2) Defendant Paschal negligence, failing to correct the misconduct of his Subordinates Violated Plaintiff's rights under the Eighth Amendment to the United States Constitution and causing Plaintiff Pain, Suffering, Physical injury and emotional distress.

(2) Defendant Jackson "adverse action" of placing an Sanction (Hit) on Plaintiff Jenkins Health and safety which would stop an "average" person from continuing their Suit, violated his rights under the "Retaliation Claim" Caused the Plaintiff emotional and mental distress, Pain, Suffering.

(3) Defendant Jackson "adverse action" of writting Plaintiff Jenkins a Disciplinary Report for failing to follow instructions, and insurbordination after her failed attempts of having him Removed/Fired from his Detail by asking Officers (Everett, Lambright, and Simmons)(All Female Officers) who worked A-Building on seperate days, to make Plaintiff leave his detail due to Plaintiff filing Lawsuit against her violates the Plaintiff Jenkins rights under the First Amendment to the Constitution of The United States, causing him Suffering, and emotional and mental distress.

(4) Defendant Jackson retaliated violated the Plaintiffs "Protected Action" after he filed a Grievance for her harrassment shows her using "adverse action" after having him placed in the hole and Transferred to a Disciplinary Prison violated his rights under the First Amendment to the United States Constitution, Causing the Plaintiff Pain, Suffering, emotional and mental distress.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, plaintiff respectfully prays that this Court enter judgement granting plaintiff:

(1) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States.

(2) Compensatory damages in the amount of $50,000 against each Defendant, Jointly and Severally.

(3) Punitive Damages in the amount of $100,000 against Defendant Jackson.

(4) Nominal Damages in the amount of $50,000 against each Defendant, Jointly and Severally.
(5) Plaintiff's Cost in this Suit.
(6) Any additional relief this Court deems just, proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of August, 2023

Prisoner No. 1000319687

*Shaquille Rashad Jenkins*
(Signature of Plaintiff)

6

Shaquille Rashad Jenkins
GDC# 1000319687
Hays State Prison
P.O. Box 668
777 Underwood Drive
Trion, Georgia 30753

POSTAGE DUE .24¢

OFFICE OF THE CLERK
United States District Court
Southern District Of Georgia
Post Office Box 1636
Brunswick, Georgia 31521

OFFICIAL BUSINESS



**HAYS STATE PRISON**
P.O. BOX 668, TRION, GA 30753

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another Addressee, please return the enclosure to the above address.

INSPECTED BY