(Page 1)

SHAQUILLE RASHAD JENKINS         Civil Action No. 123-035
GDC#1000319687
             V.
AUGUSTA STATE MEDICAL PRISON et al

   I am writing to inform the Courts that I Deposited $30.00 into My Inmate Account Trust Funds on 8/18/2023. I ask the Clerk/Courts to withdraw $7.70¢ (Initial Filing Fee)
   I have wrote the Clerk of Augusta, GA with a proof of receipt enclosed on 9/1/2023.
   Also enclosed were Documents, Interrogatories, Summons, Production of Documents, Appointment of Counsel Motions.)
   Also an request to Amend a Complaint due to A Sanction placed on my Life by the Defendant L. Jackson (Counselor). The Defendant went to Gang Members to put a (Hit) Sanction on my Life/Safety/Health (Upon "Information and Belief), From an Officer at A.S.M.P. Officer (Jane Doe) informed my mother also who has screenshots of (Jane Doe) giving a Warning about a Sanction put on my life. An inmate had informed (Jane Doe) an officer about the Sanction placed on my Life by Defendant L. Jackson Counselor. I do not wish to reveal Jane Doe's Identity at the time due to their Safety &

(Page 2)

willingness to testify.

Reasons For my delay on deadline is Augusta State Prison never delivered any Legal mail to me concerning an initial filing fee of $7.70. My Family went online (PaceMonitor.Com) and discovered the ORDER by Courts.

Another reason is Hays State Prison is Understaff, and all my Legal mail has been Sitting in the mail room which is an Violation of "access to the Courts".

I'm just now receiving Legal mail that was post marked 8/23/2023 from the OFFICE OF THE CLERK, Brunswick, Georgia 31521 yet Hay S.P. mail room "Stamp received" reads 8/29/2023 but got it delivered to my cell on 9/1/2023 a (16 day delay), another Legal mail was post marked 8/15/2023 from Clerk, U.S. District Court, Augusta, Georgia 30903 yet Hay S.P. Mail room "Stamped received" reads 8/24/2023 but got delivered to my cell on 9/1/2023 Approx. 7:00am - 11:30am by Sergeant MS. K, McGhee Location F-Building housing Unit F-1 Cell #126 CSU (Suicide Cell). Due to the Sanction & being refused/denied protected Custody by Hays S.P. Supervisors I was forced in the room with another inmate who then

assualted me physically I subStain two Swollen eyes, (Page 3) & tried to Commit Suicide once being assualted and having Knowledge of the Sanction placed on me by Defendant L. Jackson Counselor at Augusta State Medical Prison.

I have been on Suicide Status Since 8/22/2023 was taken off Status on 8/30/2023. I was placed on mental Health case Load and prescribed mental Health medication, due to emotional & mental distress of a Sanction being placed on my Life by defendant L. Jackson Counselor.

Due to my mail being withheld by Hays State prison I ask the Courts to Order Prison officials to (Stop) the illegal action & Unconstitutional misconduct & deliver Legal mail to me as it is delivered to Hays State prison, and that the Courts Order Hays State Prison to place me on Protected Custody due to the Sanction.

Respectfull Submitted,            x Shaquille R. Jenkin
Shaquille Rashad Jenkins          Date: 9/4/2023
GDC# 1000319687
P.o. Box 668
Hays State Prison
Trion, GA 30753