AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHAQUILLE RASHAD JENKINS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV123-35

AUGUSTA STATE MEDICAL PRISON et al.,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 16, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice and this action stands closed.

January 16, 2024 | John E. Triplett, Clerk of Court
Date | Clerk

(By) Deputy Clerk

GAS Rev 10/2020